Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**ED HULL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual<br><br>          Plaintiff,<br><br>     vs.<br><br>ADAM F. SHANE, Trustee of the Adam & Kimberly Shane Family Trust, dated June 14, 2019; KIMBERLY A. SHANE, Trustee of the Adam & Kimberly Shane Family Trust, dated June 14, 2019; and DOES 1-10,<br><br>          Defendants. | CASE NO.: 2:22-cv-01322-MWF-MRW<br><br>**NOTICE OF SETTLEMENT**<br><br>*Hon. Michael W. Fitzgerald*<br><br>Trial Date: Not on Calendar |

      The parties hereby jointly notify the Court that a confidential settlement has been reached in the above-captioned case, and the Parties would like to avoid any additional expense and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record, shall show cause why this case has not been dismissed.

DATED: November 30, 2022        THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: */s/Peter Shahriari*
    Peter Shahriari, Esq.
    Attorney for Plaintiff, ED HULL

DATED: November 30, 2022        LAW OFFICES OF STEPHEN ABRAHAM

By: */s/Stephen E. Abraham*
    Stephen E. Abraham, Esq.
    Attorney for Defendant, 947 LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT