UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-01322-MWF-MRW | Date | December 1, 2022 |
| Title | ED HULL V. ADAM F. SHANE ET AL | | |

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

In light of the Notice of Settlement filed 11/30/22, the Court sets a hearing on Order To Show Cause Re Dismissal for February 6, 2023 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: rs