JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM F. SHANE, Trustee of the Adam & Kimberly Shane Family Trust, dated June 14, 2019; KIMBERLY A. SHANE, Trustee of the Adam & Kimberly Shane Family Trust, dated June 14, 2019; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-01322-MWF(MRWx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 25, 2022<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendants Adam F. Shane and Kimberly A. Shane is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: December 20, 2022

MICHAEL W. FITZGERALD
United States District Judge